IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

JEREMY HACHEY

CRIMINAL
NO. 16-0128

## ORDER

**AND NOW**, this 7th day of March, 2017, upon consideration of Defendant's First Motion to Suppress (Doc. #13), and all supporting and opposing papers, and after oral argument held, it is hereby **ORDERED** that the Motion is **DENIED** for the reasons set forth in the accompanying memorandum opinion.

BY THE COURT:

*s/s JEFFREY L. SCHMEHL*
Jeffrey L. Schmehl, J.